**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz, Esq., SBN: 7171
Shane P. Gale, Esq., SBN: 12967
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone: 702-685-0329
Fax: 866-339-5691
Email: FDCNV@McCarthyHolthus.com
*Attorneys for Quality Loan Service Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DESIREE DEVANEY,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICE CORP.; US BANK NA AS TRSUTEE FOR JAMAC CW-1-2006; QUALITY LOAN SERVICE CORP.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants | Case No. 2:19-cv-00972-RFB-EJY<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SPECIAL SCHEDULING REVIEW REQUESTED)** |

A. **Fed. R. Civ. P. 26(f) Conference:** Pursuant to Fed. R. Civ. Pro 26(f), a conference meeting in the above-entitled case was held on **September 20, 2019**, and was attended by Shane P. Gale, of McCarthy & Holthus LLP, attorney for Quality Loan Service Corporation (hereinafter "Quality"), and Desiree Devaney (hereinafter "Devaney").

1. **Discovery Cut-Off Date:** Quality first appeared in this action, on July 24, 2019, by filing an Motion to Dismiss (ECF Doc. 5). Discovery shall close **March 18, 2020**, one hundred eighty (180) days from **September 20, 2019**, the date of the parties' 26(f) conference.

2. **Statement Regarding Longer Discovery Period (LR 26-(d)) Special Review Requested:** The Parties request a longer discovery period than set forth in LR 26-1 because Desiree Devaney did not initiate scheduling of the Rule 26(f) conference

Page | 1                                                                 864680

until September 18, 2019. Moreover, Quality's Motion to Dismiss, based on jurisdictional grounds, is still pending before the Court. On this basis, the parties engaged in the 26(f) conference on **September 20, 2019**.

3. **Amending the Pleadings and Adding Parties:** All motions to amend the pleadings or to add parties shall be filed on or before **December 19, 2019**, ninety (90) days before the discovery cut-off date.

4. **Interim Status Report:** The parties shall file the interim status report required by LR 26-3 on or before **January 17, 2020**, sixty (60) days before the discovery cut-off date.

5. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** Disclosures concerning experts shall be made on or before **January 17, 2020**, sixty (60) days before the discovery cut-off date. Disclosures of rebuttal expert shall be made on or before **February 18, 2020**, thirty (30) days after the initial disclosure of experts.

6. **Dispositive Motions:** The date for filing dispositive motions shall be on or before **February 14, 2020**, thirty (30) days after the discovery cut-off date.

7. **Pretrial Order:** The date for filing of the joint pretrial order shall on or before **March 16, 2020**, thirty (30) days after **February 14, 2020**, the date set for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motion or until further order of this Court. The parties shall include the disclosures required pursuant to Fed. R. Civ. P. 26(a)(3), and any objection thereto, in the pretrial order.

8. **Electronic Evidence:** No party has demanded a jury trial.

Page | 2    864680

9. **Fed. R. Civ. P. 26(f)(3) Scope of Discovery:** The parties agree that there should be no changes in the timing, form, or requirements for disclosure under Rule 26(a). Initial disclosure will be made fourteen (14) days after the Court rules on Quality's Motion to Dismiss (ECF Doc. 5, 13, and 23).

   A. The parties agree that discovery should be allowed on all claims and defenses and extend to the full extent allowed by the Federal Rules of Civil Procedure.

   B. The parties do not anticipate at this time that discovery will be required of electronically stored information, or if required will not be substantial or voluminous. As a result, the parties agree that, to the extent there exists electronically stored information responsive to document requests at the time of the request, it can be produced in hard copy and not native form. The parties however do reserve the right to request documents in native form if they so expressly desire.

   C. Responses to discovery shall comply with LR 26-5, and any party entering the case shall be entitled to inspect discovery made prior to its appearance, in accordance with LR 26-6.

10. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Pursuant to LR 26-4, Extension of Scheduled Deadlines, any stipulation or motion must be made no later than twenty one (21) days before the cut-off date of the subject deadline and comply fully with LR 26-4.

11. **Alternative Dispute Resolution:** In accordance with Fed. R. Civ. P. 26(f), the parties have discussed settlement and settlement appears unlikely at this time. Additionally, the parties have met concerning the use of mediation, arbitration, and an early neutral evaluation. No party to this action feels that these avenues are appropriate at this time.

Page | 3

864680

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
9510 WEST SAHARA AVENUE, SUITE 200
LAS VEGAS, NV 89117
TELEPHONE (702) 685-0329/Facsimile (866) 339-5961

12. **Alternative Forms of Case Disposition**: The parties have met and conferred and do not consent to trial by magistrate and/ or use of the Short Trial Program.

13. **Later Appearing Parties:** This Discovery Plan and Scheduling Order shall apply to such later appearing parties, unless a stipulation of the parties is approved by the court, or the court, on motion for good cause shown, other orders.

14. **Additional Information:** None

15. **Court Conference:** The parties do not request a conference with the Court before the entry of this Scheduling Order and Discovery Plan.

DATED September 26, 2019

**DESIREE DEVANEY**

*Desiree Devaney*
Desiree Devaney
3757 Longfellow Street
Las Vegas, NV 89115
*Appearing Pro Se*

DATED 9-30-2019

**McCARTHY & HOLTHUS, LLP**

Kristin A. Schuler-Hintz, Esq.
Nevada Bar No. 7171
Shane P. Gale, Esq.
Nevada Bar No. 12967
9510 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Quality Loan Service Corp.*

## ORDER

IT IS HEREBY ORDERED that the Joint Discovery Plan and Scheduling Order (ECF No. 32) is GRANTED.

IT IS FURTHER ORDERED that ECF Nos. 21, 24, 25, and 26 are DENIED as moot.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2019

Page | 4

864680